IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV032-MU

| | | |
|---|---|---|
| TIMOTHY WOO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION COUNTY DSS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court upon its own motion. This case was recently reassigned to the undersigned.

    IT IS THEREFORE ORDERED that the parties are directed to appear in Chambers on **October 1, 2009 at 10:30 a.m.** to confer and advise the Court as to the status of this case.

Signed: September 23, 2009

Graham C. Mullen
United States District Judge