IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
309-CV-32-MU

| | | |
|---|---|---|
| TIMOTHY WOO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION COUNTY DSS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court upon its own motion. Pursuant to the status conference on October 1, 2009 this Court mandates the following: (1) Defendant's Motion to Compel is denied as moot, (2) the Parties must select a mediator by October 5, 2009, (3) Plaintiff must submit his discovery request to Defendant by October 7, 2009, and (4) trial is set for June 14, 2010.

IT IS THEREFORE ORDERED that the parties must abide by the above.
.

Signed: October 2, 2009

Graham C. Mullen
United States District Judge